**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1016**

_____

JULIO GUARDADO FLORES,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  July 20, 2017                                      Decided:  August 4, 2017

_____

Before TRAXLER, WYNN, and THACKER, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

John T. Riely, Rockville, Maryland, for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, Kohsei Ugumori, Senior Litigation Counsel, Jeffery R. Leist, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Guardado Flores, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's denial of his application for adjustment of status. Because the agency denied relief in the exercise of its discretion, we lack jurisdiction over the petition for review pursuant to 8 U.S.C. § 1252(a)(2)(B)(i) (2012).[*] Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

---

[*] We conclude that Guardado Flores fails to raise a colorable constitutional claim or question of law that would fall within the exception set forth in 8 U.S.C. § 1252(a)(2)(D) (2012).